# Exhibit A

**Full docket text:**
ORDER granting in part, denying in part, and deferring in part [20] Motion for Settlement. The Motion for Settlement and Court Approval of the Settlement Agreement and Release is granted in part, denied in part, and deferred in part. Insofar as the Motion seeks the Court's permission for the parties to file the Confidential Settlement Agreement and General Release (the "Settlement Agreement") under seal, the Motion is granted. The Motion seeking permission to submit the Settlement Agreement for an in camera review is denied. The Court defers ruling on the Motion seeking approval of the Settlement Agreement and dismissal of the matter with prejudice, pending the parties' submission, and the Court's review, of the Settlement Agreement. Ordered by Judge Sandra J. Feuerstein on 1/12/2016. (Chan, Lisa) Modified on 1/13/2016 (Florio, Lisa).

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/02/2016 14:38:46 | | | |
|  |  |  |  |
| **Description:** | History/Documents | **Search Criteria:** | 2:15-cv-04410-SJF-SIL |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |