Exhibit B

## Avery, Vincent (Assoc-NY)

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Friday, May 13, 2016 6:10 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:15-cv-05285-MDG Jalbert-Ramos v. Ploutarxos, Inc. et al Motion Hearing |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 5/13/2016 at 6:10 PM EDT and filed on 5/12/2016
**Case Name:**        Jalbert-Ramos v. Ploutarxos, Inc. et al
**Case Number:**   1:15-cv-05285-MDG
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for Motion Hearing held on 5/12/2016 before Magistrate Judge Marilyn D. Go: (by tel.) Appearances by H. Cabrera for plaintiff; V. Avery for defendants. Hearing held on the [13] motion for approval of the settlement reached. As discussed on the record, having reviewed the settlement agreement and the supporting affidavit sent to the Court, as well as hearing reviewing with the parties the specifics of wages owed, time records produced, and monies already paid to plaintiff for the relevant time period, the Court finds that the settlement reached by the parties is fair and reasonable under the circumstances, and was reached after arms' length negotiations. The plaintiff faced risks in proving liability and damages for all but approximately a year and a half of her employment since defendants produced undisputed time records for the remaining portion of her employment. The certainty of a settlement outweighs the risks and costs of further litigation. Additionally, the Court finds that the fees and costs to be paid under the settlement are reasonable. Accordingly, the [13] motion for approval of settlement is granted and the Clerk of Court is respectfully directed to close this case. FTR: 3:11-3:40 (Hugh, Lewis)**

**1:15-cv-05285-MDG Notice has been electronically mailed to:**

Heriberto A. Cabrera     herblaw11220@yahoo.com

1

Vincent Mantella Avery     vincent.avery@akerman.com

**1:15-cv-05285-MDG Notice will not be electronically mailed to:**